FILED BY_____D.C.

JUL 08 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

COMMISSIONS IMPORT EXPORT, S.A., )
)
*Plaintiff*, )
)
v. ) Civil Action No.
) 1:12-CV-000743-RCL
THE REPUBLIC OF THE CONGO AND )
CAISSE CONGOLAISE D'AMORTISSEMENT, )
)
*Defendants*. )
)

## [PROPOSED] ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT

In consideration of Plaintiff's Motion to Alter or Amend the Order and Judgment issued in this case on July 31, 2015, and the lack of opposition thereto, it is hereby

**ORDERED** that Plaintiff's Motion to Alter or Amend the Order and Judgment is granted;

**ORDERED** that the Court's Order and Judgment (Dkt. No. 65) be altered or amended as follows, in order to reflect the amounts awarded for Plaintiff and against Defendants in U.S. Dollars as of the date of judgment:

| Category of Monetary Award | Amount Awarded | Exchange Rate | Amount in U.S. Dollars |
|---|---|---|---|
| Principal | €2,855,071 | $1.09743 | $3,133,240.57 |
| Principal | £18,903,708 | $1.56049 | $29,499,047.30 |
| Principal | $31,184,837 | $1.00 | $31,184,837 |
| Principal | CFA 1,731,267,415 | $0.00167 | $2,891,216.58 |
| Penalty interest | €7,163,027 | $1.09743 | $7,860,920.72 |
| Penalty interest | £34,312,232 | $1.56049 | $53,543,894.91 |
| Penalty interest | $56,408,208 | $1.00 | $56,408,208 |
| Penalty interest | CFA 2,899,457,582 | $0.00167 | $4,842,094.16 |
| Arbitration costs | $393,333 | $1.00 | $393,333 |
| Arbitration costs | €22,867 | $1.09743 | $25,094.93 |
| Total | | | $189,781,887.17 |

–1–

ORDERED that Plaintiff is entitled to U.S. $189,781,887.17 as of July 31, 2015, plus taxable costs arising out of these proceedings pursuant to Fed. R. Civ. P. 54(d)(1); and it is further

ORDERED that post-judgment interest shall be assessed in accordance with 28 U.S.C. § 1961.

Entered this 25th day of August, 2015.

Royce C. Lamberth
U.S.D.J.

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 8/26/2015
ANGELA D. CAESAR, CLERK
By: _____

ATTORNEYS TO BE NOTICED:

Francis A. Vasquez, Jr.
(D.C. Bar No. 442161)
Nicolle Kownacki
(D.C. Bar No. 1005627)
Attorneys for Plaintiff
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com
nkownacki@whitecase.com

Robert A. Schwinger
(D.C. Bar ID # NY0092)
Attorney for Defendants
1301 Avenue of the Americas
New York, NY 10019
(212) 408-5100
rschwinger@chadbourne.com